**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-CR-20035-MORENO/D'ANGELO

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(v)(II)
8 U.S.C. § 1324(a)(1)(A)(ii)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

v.

**LUCAS SEDENO RODRIGUEZ,**
**JOSE LUIS VILLARES, AND**
**KEINER CICILIA RODRIGUEZ,**

  Defendants.

_____/

FILED BY ___BM___ D.C.

Jan 29, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Transport Aliens in the United States**
**(8 U.S.C. § 1324(a)(1)(A)(v)(I))**

From a date unknown to the Grand Jury, through on or about January 17, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**LUCAS SEDENO RODRIGUEZ,**
**JOSE LUIS VILLARES, AND**
**KEINER CICILIA RODRIGUEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of the law, transport and move such alien within the United States, by means of transportation or otherwise, in furtherance of such violation of law, in

violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii); in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

**COUNTS 2–26**
**Transporting Aliens in the United States**
**(8 U.S.C. § 1324(a)(1)(A)(ii))**

On or about January 17, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**LUCAS SEDENO RODRIGUEZ,**
**JOSE LUIS VILLARES, and**
**KEINER CICILIA RODRIGUEZ,**

did knowingly and in reckless disregard of the fact that an alien, as set forth in Counts 2 through 26 below, had come to, entered, and remained in the United States in violation of law, transport and move such alien within the United States, by means of transportation and otherwise, in furtherance of such violation of law:

| Count | Alien |
|---|---|
| 2 | H.T.C. |
| 3 | J.L.T. |
| 4 | S.P. |
| 5 | E.B. |
| 6 | Y.Y. |
| 7 | H.L. |
| 8 | Y.P. |
| 9 | J.Z. |
| 10 | Z.W. |
| 11 | L.Z. |
| 12 | G.H. |
| 13 | Z.W. |
| 14 | H.Z. |

| Count | Alien |
|-------|-------|
| 15    | S.Z.  |
| 16    | Z.L.  |
| 17    | L.S.  |
| 18    | M.L.  |
| 19    | Z.Z.  |
| 20    | Y.Y.  |
| 21    | X.C.  |
| 22    | Z.L.  |
| 23    | F.L.L.|
| 24    | Y.L.  |
| 25    | B.W.  |
| 26    | N.C.  |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which defendant **KEINER CICILIA RODRIGUEZ**, has an interest.

2. Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

    a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

    b. any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of

such offense; and

c.  any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

_____
HAYDEN O'BYRNE
UNITED STATES ATTORNEY

_____
ANDRES E. CHINCHILLA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-20035-MORENO/D'ANGELO

v.

LUCAS SEDENO RODRIGUEZ,
JOSE LUIS VILLARES, AND
KEINER CICILIA RODRIGUEZ,
                              Defendants.    /

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) __Yes__
   List language and/or dialect: Spanish

4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☒ 0 to 5 days                  ☐ Petty
   II   ☐ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes, Lauren Fleischer Louis   Magistrate Case No. 25-mj-02122
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of January 17, 2025 - Bond given to Cicilia Rodriguez and Villares
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) __No__
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) __No__
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__

By: _____
ANDRES E. CHINCHILLA
Assistant United States Attorney
FL Bar No.        1038545

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: LUCAS SEDENO RODRIGUEZ

**Case No**: _____

Count # 1:

Conspiracy to Transport Aliens in the United States

8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(A)(v)(I)

* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**

Counts # 2-26:

Unlawfully Transporting Aliens

8 U.S.C. § 1324(a)(1)(A)(ii)

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**

*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JOSE LUIS VILLAREAL

**Case No**: _____

Count # 1:

Conspiracy to Transport Aliens in the United States

8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(A)(v)(I)

* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Counts # 2-26:

Unlawfully Transporting Aliens

8 U.S.C. § 1324(a)(1)(A)(ii)

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: KEINER CICILIA RODRIGUEZ

**Case No**: _____

Count # 1:

Conspiracy to Transport Aliens in the United States

8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(A)(v)(I)

* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**

Counts # 2-26:

Unlawfully Transporting Aliens

8 U.S.C. § 1324(a)(1)(A)(ii)

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**

*Refers only to possible term of incarceration, supervised release, and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.