UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 25-20035-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUCAS SEDENO RODRIGUEZ, JOSE LUIS
VILLARES, and KEINER CICILIA
RODRIGUEZ,

    Defendants.
_____/

## ORDER CONTINUING TRIAL

THIS CAUSE came before the Court upon the Unopposed Motion for Continuance of Trial and all Deadlines by Keiner Cicilia Rodriguez (D.E. 41) filed on **February 21, 2025**. After careful consideration and the Court having been fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the trial is **reset** from the two-week period starting on **March 10, 2025** to the two-week period commencing

**June 30, 2025 at 9:00 A.M.**

before the Honorable **Federico A. Moreno**, United States District Judge, Courtroom 12-2, 12th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida.

**Calendar Call is reset** to **Tuesday, June 24, 2025 at 10:00 A.M.**

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendants reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendants in a speedy trial. The Court finds the period of delay (**from 2/21/2025-6/30/25**) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161.

**DONE AND ORDERED** in Miami, Dade County, Florida on this 24th day of February 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record